No. 12M44.   COOPER v. ILLINOIS LOTTERY CONTROL BOARD;
No. 12M45.   WHITE v. NEW JERSEY DEPARTMENT OF HUMAN SERVICES;
No. 12M46.   WHEELER-WHICHARD v. ROACH ET AL.;
No. 12M47.   RANDLE v. HOUSE OF BRIDES;
No. 12M48.   AMER v. UNITED STATES; and
No. 12M50.   KINCAID ET VIR v. SMITH, TRUSTEE.   Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 12M49.   GIBBS v. THOMAS, WARDEN.   Motion for leave to proceed as a veteran denied.

No. 11–9540.   DESCAMPS v. UNITED STATES.   C. A. 9th Cir. [Certiorari granted, 567 U. S. 964.]   Motion of petitioner for leave to file volume II of the joint appendix under seal granted.

No. 11–10628.   DANIEL v. OFFICE OF PERSONNEL MANAGEMENT.   C. A. Fed. Cir.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 809] denied.

No. 11–10955.   BOOK v. BYSIEWICZ ET AL.   C. A. 2d Cir.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 804] denied.

No. 11–11003.   FIGURA TORREFRANCA v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 805] denied.

No. 12–5140.   MONTGOMERY v. CALIFORNIA WORKER'S COMPENSATION APPEALS BOARD.   C. A. 9th Cir.   Motion to substitute Judith K. Montgomery as petitioner in place of Maurice E. Montgomery, deceased, granted.

No. 12–5247.   SANDERS v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY.   C. A. 8th Cir.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 810] denied.